# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| William G. Jameson and Bill Lane on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Ply Gem Specialty Products, LLC and Cornerstone Building Brands Services, Inc.<br><br>Defendants. | Case No.:   0:25-cv-06223-MGL<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. § § 1332, 1441, and 1446, Defendant Ply Gem Specialty Products, LLC, by and through its undersigned counsel, with the consent of Cornerstone Building Brands, Inc. improperly named Cornerstone Building Brands Services, Inc., hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1. Ply Gem Specialty Products, LLC ("Ply Gem") and Cornerstone Building Brands, Inc., improperly named Cornerstone Building Brands Services, Inc. ("Cornerstone") are defendants in Civil Action No.: 2025-CP-29-00546 filed by Plaintiffs William G. Jameson and Bill Lane ("Plaintiffs") in the Court of Common Pleas for Lancaster County, State of South Carolina (the "State Court Action").

2. The Complaint in the State Court Action was filed on May 1, 2025, and Ply Gem first received the Complaint on May 27, 2025.

3. This Notice of Removal is being filed with this Court within thirty (30) days after Ply Gem received a copy of the Complaint setting forth the claims for relief upon which Plaintiffs' action is based.

1

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Ply Gem in the State Court Action is attached hereto as **Exhibit A**.

6. Removal is proper under 28 U.S.C. § 1332(a) in that there is complete diversity and this action involves allegations that Plaintiffs seek in excess of $75,000.00.

7. Specifically, Plaintiffs are both citizens and residents of Lancaster County, South Carolina. Defendant Ply Gem is a Delaware limited liability company which is a wholly owned subsidiary of Ply Gem Industries, Inc., a Delaware corporation with its principal place of business in North Carolina. Likewise, Cornerstone is a Delaware corporation with its principal place of business in North Carolina. Accordingly, there is complete diversity.

8. The Complaint in the State Court Action alleges that Defendants improperly the designed and manufactured certain windows. The Complaint purports to state causes of action for (i) Negligence/Gross Negligence; (ii) Breach of Warranty; (iii) Defective Product- Defective Design as to Ply Gem; (iv) Defective Product- Defective Manufacture; and (v) Defective Product- Failure to Warn. Plaintiffs seek actual and punitive damages in an unspecified amount. However, Plaintiffs allege that all windows in their homes are defective, in violation of certain alleged warranties, and were negligently designed. Plaintiffs allege that Defendants were negligent in "manufacturing the windows in a manner where Defendants knew or should have known water intrusion was unavoidable" and "designing and manufacturing the windows in such a manner that damage to the sills and frames surrounding the windows, and to the surrounding interior of the homes was likely." Compl. ¶ 91. Thus, it is apparent that Plaintiffs seek damages in addition to the alleged damage associated with the window itself, and in excess of $75,000.

9. As set forth below, the only remaining Defendant, Cornerstone, has consented to removal.

10. This Court has original jurisdiction of this action under 28 U.S.C. § 1332(a). Section 1332(a) provides that "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000," and is between "citizens of different States." Cases meeting this criterion may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

11. Removal is further proper under 28 U.S.C. § 1332(d) because Plaintiffs bring this action as a putative class action and are citizens of the State of South Carolina, while Defendants are considered residents of Delaware and North Carolina for diversity purposes, as more specifically set forth above. Moreover, Plaintiffs allege that this action concerns all windows within the Queensbridge neighborhood which allegedly includes two hundred fifty one (251) homes. Compl. ¶ 75. Plaintiffs further allege that Defendants were negligent in "manufacturing the windows in a manner where Defendants knew or should have known water intrusion was unavoidable" and "designing and manufacturing the windows in such a manner that damage to the sills and frames surrounding the windows, and to the surrounding interior of the homes was likely." Compl. ¶ 91. Given that Plaintiffs seek alleged damages arising out of all windows within, and alleged resulting damages, to two hundred fifty one (251) homes and punitive damages, it is apparent that Plaintiffs seek recovery on behalf of the putative class in excess of $5,000,000.00.

12. Thus, this Court has original jurisdiction of this action under 28 U.S.C. 1332(d). Section 1332(d) provides that "district courts shall have original jurisdiction of any civil action in which the matter in controversy exceeds the sum or value of $5,000,000.00" and is a class action in which "any member of a class of plaintiffs is a citizen of a state different from any defendant."

Cases meeting this criterion may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

13. Promptly after the filing of this Notice of Removal, Defendant shall provide notice of the removal to Plaintiff, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Respectfully Submitted this 26th day of June, 2025.

ADAMS AND REESE, L.L.P.

*/s/ W. Taylor Stanley*
Kirby D. Shealy III, Fed. Id. 6880
W. Taylor Stanley, Fed. Id. 11741
1221 Main Street, Suite 1200
Columbia, South Carolina 29201
Telephone: 803-254-4190
Facsimile: 803-779-4749
Email: Kirby.shealy@arlaw.com
Email: Taylor.stanley@arlaw.com

*Attorneys for Defendants Ply Gem Specialty Products, LLC*

WE CONSENT TO REMOVAL:

ADAMS AND REESE, L.L.P.

*/s/ W. Taylor Stanley*
Kirby D. Shealy III, Fed. Id. 6880
W. Taylor Stanley, Fed. Id. 11741
1221 Main Street, Suite 1200
Columbia, South Carolina 29201
Telephone: 803-254-4190
Facsimile: 803-779-4749
Email: Kirby.shealy@arlaw.com
Email: Taylor.stanley@arlaw.com

*Attorneys for Defendant Cornerstone Building Brands, Inc. improperly named Cornerstone Building Brands Services, Inc.*